UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. 10-41067-reg |
| | ) | |
| RONALD D. CANADAY | ) | CHAPTER 13-mkp |
| | ) | |
| DEBTOR. | ) | |

ORDER

The Court, having reviewed the Application for Payment of Unclaimed Funds filed by Nationstar Mortgage LLC dba Mr. Cooper, finds that the requirements of N.D. Ind. L.B.R. B-3011-1 have been met.  The Court further finds that Nationstar Mortgage LLC dba Mr. Cooper is entitled to the unclaimed funds and that the right to payment of the funds has not been transferred or assigned to any other entity.  Further, the Court finds that no objection has been raised by the United States Attorney.

IT IS ORDERED that Nationstar Mortgage LLC dba Mr. Cooper is hereby directed to contact the Financial Department of the United States Bankruptcy Court at (574) 968-2224 in order to submit the required tax identification number (IRS W9 form).  Following receipt of the completed IRS W9 form, the Clerk of the United States Bankruptcy Court shall distribute the unclaimed funds deposited in the United States Treasury FUND #6133BK in the amount of $3,206.58 to Nationstar Mortgage LLC dba Mr. Cooper, 2780 Lake Vista Drive, Lewisville, TX 75067.

Dated:   August 16, 2022

_/s/ Robert E. Grant_
Chief Judge, United States Bankruptcy Court